**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
CREDIT CORP SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STROUT, | Case No. |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| CREDIT CORP SOLUTIONS, INC., | |
| Defendant. | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant CREDIT CORP SOLUTIONS, INC. hereby files this notice of removal under 28 U.S.C. §1446(a).

**A.     INTRODUCTION**

1.     The parties to this action are Plaintiff, MICHELLE STROUT ("Plaintiff") and Defendant CREDIT CORP SOLUTIONS, INC. ("Defendant").

{00039950;1}

2.      Upon information and belief, Plaintiff initially filed this case on September 8, 2015, in the Superior Court of California, County of Los Angeles, Case No. 15K11124.   A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3.      On October 7, 2015, Defendant was personally served with the Summons and a copy of Plaintiff's Complaint, (a true and correct copy of which are collectively attached hereto as Exhibit "A").

4.      As Defendant received Plaintiff's Complaint on October 7, 2015, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b).

**B.      <u>BASIS FOR REMOVAL</u>**

5.      Removal is proper because Plaintiff's Complaint involves a federal question.   28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).   Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Ac.   It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).   This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

{00039950;1}

6.      Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7.      Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## C.      JURY DEMAND

8.      Plaintiff demands a jury in the state court action.   Defendant also demands a jury trial.

## D.      CONCLUSION

9.      Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

**CARLSON & MESSER LLP**

Dated:  November 5, 2015               By:  s/David J. Kaminski
                                        David J. Kaminski
                                        Stephen A. Watkins
                                        Attorneys for Defendant,
                                        CREDIT CORP SOLUTIONS, INC.

{00039950;1}

3
**NOTICE OF REMOVAL**