**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
 5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
*Attorneys for Defendant,*
CREDIT CORP SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE STROUT,<br><br>                    Plaintiff,<br><br>v.<br><br>CREDIT CORP SOLUTIONS, INC.,<br><br>                    Defendant. | Case No. 12:15-CV-08666<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Defendant CREDIT CORP SOLUTIONS, INC. and Plaintiff MICHELLE STROUT have agreed to settle the above-entitled matter. The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Plaintiff within 45 days from the date of this Notice.

\\\

\\\

\\\

{00041864;1}

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case.

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Dated: December 15, 2015        s/ Adrian R. Bacon
Todd M. Friedman
Adrian R. Bacon
*Attorneys for Plaintiff,*
MICHELL STROUT

**CARLSON & MESSER LLP**

Dated: December 15, 2015        s/ David J. Kaminski
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
*Attorneys for Defendant,*
CREDIT CORP SOLUTIONS, INC.

{00041864;1}

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Notice of Settlement. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated**:** December 15, 2015

s/ David J. Kaminski
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
*Attorneys for Defendant,*
*CREDIT CORP SOLUTIONS, INC.*

{00041864;1}